**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Autel Intelligent Technology Corp., Ltd. and Autel US Inc.<br><br>   Plaintiff,<br><br>     -against-<br><br>Shenzhen Foxwell Technology Co., Ltd and Foxwell Technology Inc Defendants.,<br><br>   Defendant. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiffs Autel Intelligent Technology Corp., Ltd. ("Autel Technology") and Autel US Inc., by and through their undersigned attorneys, Dorsey & Whitney, LLP, for their complaint against Defendants Shenzhen Foxwell Technology Co. Ltd. ("FOXWELL") and Foxwell Technology, Inc. (Foxwell USA) allege the following:

### NATURE OF THE ACTION AND SUMMARY OF RELIEF SOUGHT

1.      Plaintiffs brings this action against Defendants to stop Defendants' unauthorized use, offers to sell, and sales within the United States of Autel Technology's proprietary and patented technology that Autel Technology pioneered in the automotive advanced diagnostics and testing field.

2.      Defendants Foxwell and Foxwell USA are direct competitors of Autel Technology and Autel USA and are importing, offering for sale and selling within the United States the NT 604 Elite, an automotive diagnostic device which copies and implements the patented technologies that Autel Technology invented, deployed, and protected through years of investment and innovation.

3.     On information and belief, despite their awareness of Autel Technology's patents for automobile diagnostic devices, diagnostic connection devices and diagnostic methods, Defendants have continued to promote and deploy the NT 604 Elite in direct competition with Plaintiffs across the United States.

4.     Defendants' infringing conduct threatens to erode Plaintiffs' hard-earned competitive position, diminish their market share, and deprive them of the exclusivity to which they are entitled in the United States under federal law.

6.     Plaintiffs bring this action under the Patent Act, 35 U.S.C. §§ 271, 283-285, to enjoin Defendants' unlawful activities and to recover all damages and other relief for Defendants' past and ongoing acts of willful infringement.

## PARTIES

7.     Autel Technology is a corporation organized and existing under the laws of the People's Republic of China with its principal place of business at Floor 2, Caihong Keji Building, 36 Hi-tech North Six Road, Songpingshan Community, Xili Sub-district, Nanshan District, Shenzhen City, China.

8.     Autel Technology specializes in the research and development, production, sales and service of automotive advanced diagnostics, detection and analysis systems and electronic components. Autel Technology has been deeply involved in the global automotive advanced diagnosis and testing field and is a leader in advanced hardware, cloud services and mobile terminals. With operations across North America, Europe and multiple international markets, Autel Technology's patented technologies are used worldwide.

9.    Autel US, Inc. is a wholly owned subsidiary of Autel Technology and is a corporation organized and existing under the laws of the State of New York with its principal place of business 36 Harbor Park Drive Port, Washington, New York, USA 11050,

10.    On information and belief, Defendant Foxwell is a corporation organized and existing under the under the laws of the People's Republic of China with its principal place of business 5/F, Plant C, Baocheng 71st Zone, Xin'an Street, Baoan District, Shenzhen 518106, China

11.    On information and belief, Foxwell USA is a wholly owned subsidiary of Foxwell and is a corporation organized and existing under the laws of the State of Delaware with its principal place of 602 Rockwood Road, Wilmington, DE 19802-1121.

## JURISDICTION AND VENUE

12.    This is an action for patent infringement under the United States Patent Act, specifically 35 U.S.C. § 271. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

13.    This Court has personal jurisdiction over Foxwell because Foxwell conducts business in this Judicial District, and on information and belief has committed acts of infringement within this Judicial District by selling and offering to sell infringing automobile diagnostic devices.

14.    This Court has personal jurisdiction over Foxwell USA because it conducts business in this Judicial District, and on information and belief has committed acts of infringement within this Judicial District by selling and offering to sell infringing automobile diagnostic devices.

15.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400 because Foxwell is a not resident in the United States and has engaged, and continues to engage, in infringing activity in this Judicial District, and Foxwell USA resides in this Judicial District and continues to engage, in infringing activity in this Judicial District.

## FACTUAL BACKGROUND

**A.    Autel Technology's Industry Leadership and Patent Portfolio**

16.    Autel Technology was founded in 2004 and from its beginning has engaged in research and development, production, sales and services of automotive intelligent diagnostics and systems.  In 2005 Autel introduced its first intelligent OBD II Code reader and by 2011 it introduced its second-generation automotive intelligent diagnostics system and became the first company in the industry to develop its own Android operational system for intelligent diagnosis, cementing its place as the industry leader.  Today Autel Technology is a premier global manufacturer and supplier of automotive advanced diagnostics, detection and analysis systems and electronic components.

17.    Autel invests heavily in research and development to continuously improve its products and explore new technologies.  To protect those innovations, Autel invests in obtaining patent protection throughout the world for its innovative designs and improvements. Virtual Patents | Autel, https://autel.us/virtual-patents/.  Such innovations, among others, include Autel's MAXISYS, MAXICHECK, MAXITPMS and MAXIIM product lines which Autel has publicly marked as protected by several patents, including U.S. Patent No. 11,845,451 ("the '451 Patent").  One such device is Autel's MAXISYS ULTRA S2:



18.    Autel Technology is the owner, by assignment of, the '451 Patent entitled "Automobile Diagnostic Method, Apparatus, Device and System, and Diagnostic Connection Device" issued December 19, 2023.  It discloses and claims automotive diagnostic devices, diagnostic connections devices and methods that include reading an operation performed by a user, converting the operation into a diagnostic instruction, converting the diagnostic instruction into standard transmission data, and synchronously sending the standard transmission data through a connection device to an automobile network; and synchronously receiving standard transmission data corresponding to the detection data of the automobile network and converting the standard transmission data corresponding to the detection data into detection data.  A true and correct copy of the '451 Patent is attached hereto as Exhibit 1.

**B.    Foxwell's Infringing Conduct**

20.    Foxwell competes with Autel and has its own line of automotive diagnostic tools including the NT 604 Elite:



21.  The NT 604 Elite Lite meets every limitation of at least claims 1, 5 and 11.

| Elements of Claim 1 | Foxwell NT604 Elite Automotive Diagnostic Tool |
|---|---|
| 1.  An automobile diagnostic method for | |
| an automobile diagnostic device, | The Foxwell NT604 Elite Automotive Diagnostic Tool[1] (the "Device") is an *automobile diagnostic device*.<br><br><br><br>[2]<br><br><br><br>[3] |
| the automobile diagnostic device being configured<br><br>to connect a diagnostic connection device<br><br>to obtain detection data<br><br>from an automobile network through the diagnostic connection device, | The Device comprises a Vehicle Communication Interface ("VCI") Module, an eponymous Module ("Device Module"). |

---

[1] NT6X4Elite Series User's Manual_English_V1.03 ("User Manual") at 7 ("This series of scanners from Foxwell are innovative diagnostic tools for most vehicles on the road today.")

[2] Foxwell Storefront. https://www.foxwelldiag.com/products/foxwell-nt604-elite? ("Foxwell NT604 Elite Car Diagnostic Engine Transmission ABS SRS") retrieved June 27, 2025.

[3] *Id*. (Image labeled "Package List" includes a card reader, and a Diagnostic Cable that "provides connection between the scanner and a vehicle" in addition to a case, a user manual, and the Device)



The Device is configured to *connect* the VCI—here *the diagnostic connection device*—to obtain detection data[4] from the *automobile network*[5] through the VCI.

The VCI connects to the automobile network (Data Link Connector, "DLC") through an On-Board Diagnostic II ("OBD-II") 16-pin diagnostic connector.[6]

| | |
|---|---|
| **wherein the diagnostic method comprises:** | |
| reading an operation performed by a user on an interface, | The Device includes buttons that are used to input data.[7] |

---

[4] User Manual at 29 ("Auto Reset is a bi-directional communication procedure directed by the service tool.")

[5] User Manual at 20 ("the scanner establishes communication with the vehicle").

[6] Foxwell storefront, *supra* n. 2 ("5 in 1 Diagnostic Scanner")(The Device "[p]rovides more than just OBDII diagnosis, functioning as an ABS/SRS scanner, transmission scanner, and check engine code reader. As an OBD2 scanner, it helps you check your car's readiness for the annual test through the I/M readiness menu. Additional features include a live data stream, built-in DTC library, data playback, and printing capabilities, all of which are significant advantages.)

[7] User Manual at 8.



Figure 2-1 Front View

---

[8] Foxwell storefront, *supra* n. 2 (Image labeled "Featured buttons")

[9] *See* User Manual at 8; *supra* n. 5. The User Manual further identifies in the Illustrated Device Image, above, several input keys:

"3 Function Keys / Shortcut keys - three keys that correspond with "buttons" on some screens for executing special commands or provide quick access to most frequently used applications or functions. 4 Direction Keys - select an option or scroll through a screen of data or text. 5 OK Key - executes a selected option and generally goes to the next screen. BACK Key - exits a screen and generally returns to previous screen. 7 HELP KEY – displays helpful information."

|  | [10] |
|---|---|
|  | The Device accepts an operation performed by the user through at least a push of a button on the Device. |
| and converting the operation into a corresponding diagnostic instruction; | The Device "connect[s] to the vehicle's data link connector (DLC) [and] read[s] diagnostic trouble codes." and view "live" data readings from a variety of control systems."[11]<br><br>Thus, the Device must necessarily convert the user's input (*the operation*) into a diagnostic instruction.[12] |
| converting the diagnostic instruction into standard transmission data corresponding to the diagnostic instruction; and | The diagnostic instruction must be converted into standard transmission data, to be transmitted through the appropriate transmission protocols.<br><br>OBM-II 16-pin diagnostic connector can connect with the automobile network using at least ISO 15765.[13] To utilize these protocols, data must be in standard transmission data formats. |

---

[10] Foxwell storefront, *supra* n. 2.

[11] User Manual at 8.

[12] [12] User Manual at 32 (explaining that the scanner can, *inter alia*, "request current powertrain diagnostic data," "request powertrain freeze frame data," "request emission-related diagnostic trouble codes, "clear/reset emission-related diagnostic information," "request oxygen sensor monitoring test results" and "request control of on-board system, test or component.")

[13] This is an international standard for Diagnostic communication over Controller Area Network (DoCAN).

| | |
|---|---|
| sending the standard transmission data corresponding to the diagnostic instruction; | To obtain diagnostic or detection data from the automobile, the Device must request that information from the automobile network. Thus, the diagnostic instruction must be sent—as standard transmission data—to the automobile network.<br><br> |
| wherein the sending the standard transmission data corresponding to the diagnostic instruction comprises: ||
| synchronously sending the standard transmission data corresponding to the diagnostic instruction. | The standard transmission data must be sent to the automobile network.[14] The Device connects to the automobile network[15] through an OBD-II 16-pin diagnostic connector.[16] *See* image of port below. An OBM-II 16-pin diagnostic connector[17] can connect through at least ISO 14230[18] and ISO 15765[19] .<br><br><br>20<br><br>The Device "starts to detect the communication protocol automatically."[21] A vehicle's electronic network leverages a |

---

[14] User Manual at 20 ("After a system is selected and the scanner establishes communication with the vehicle, the Function Menu displays.")

[15] User Manual at 8 ("With the tool properly connected to the vehicle's data link connector (DLC) . . .")

[16] User Manual at 32. ("OBDII/EOBD menu lets you access all OBD service modes.")

[17] This is standardized. *See, e.g.*., https://blog.semtech.com/obd-ii-systems-protocols-part-one ("OBD-II Systems & Protocols"), retrieved May 12, 2025.

[18] User Manual at 32. (offering certain services according to the "ISO 9141-2, ISO 14230-4, and SAE J1850 standards")

[19] This is an international standard for Diagnostic communication over Controller Area Network (DoCAN).

[20] Foxwell storefront, *supra* n. 2.

[21] User Manual at 32.

CAN bus.[22] The transmission is synchronous. The Device also provides "'live' data readings from a variety of control systems."[23] Synchronous transmission is typically used for transmission of live data.



The VCI module replies 07E86104XXX to the device module

The device module sends the 07E0302801 command to the VCI module

The VCI module sends 07E87028XXXX to the device module

---

[22] This is well-established. See, e.g., CAN bus, Wikipedia.org, https://en.wikipedia.org/wiki/CAN_bus, retrieved June 27, 2025.
[23] User Manual at 8.

| Elements of Claim 5 | Foxwell NT604 Elite Automotive Diagnostic Tool |
|---|---|
| **5. An automobile diagnostic method for** | |
| an automobile diagnostic device | The Foxwell NT604 Elite Automotive Diagnostic Tool[24] (the "Device") is an *automobile diagnostic device*.  [25]  [26] |
| the automobile diagnostic device being configured<br><br>to connect a diagnostic connection device | The Device comprises a Vehicle Communication Interface ("VCI") Module and a diagnostic Module ("Device Module"). |

---

[24] NT6X4Elite Series User's Manual_English_V1.03 ("User Manual") at 7 ("This series of scanners from Foxwell are innovative diagnostic tools for most vehicles on the road today.")

[25] Foxwell Storefront.   https://www.foxwelldiag.com/products/foxwell-nt604-elite? ("Foxwell NT604 Elite Car Diagnostic Engine Transmission ABS SRS") retrieved June 27, 2025.

[26] *Id*. (Image labeled "Package List" includes a card reader, and a Diagnostic Cable that "provides connection between the scanner and a vehicle" in addition to a case, a user manual, and the Device)

| | |
|---|---|
| to obtain detection data<br><br>from an automobile network through the diagnostic connection device | <br><br>The Device is configured to *connect* the VCI—here *the diagnostic connection device*—to obtain detection data[27] from the *automobile network*[28] through the VCI.<br><br>The VCI connects to the automobile network (Data Link Connector, "DLC") through an On-Board Diagnostic II ("OBD-II") 16-pin diagnostic connector.[29] |
| **wherein the diagnostic method comprises:** | |
| receiving standard transmission data corresponding to the detection data of the automobile network; and | The information from the automobile network must necessarily be transmitted as *standard transmission data*. The VCI connects to the automobile network and *receives* the detection data *sent by the automobile network*.<br><br>OBM-II 16-pin diagnostic connector can connect with the automobile network using at least ISO 15765.[30] To utilize these protocols, data must be in standard transmission data formats. |
| converting the standard transmission data corresponding | To receive the DTC, the Device must convert the *standard transmission data corresponding to the detection data into detection data* to be read on the Device, as the Device "allows you to scan all supported vehicle systems at one time (Auto Scan) for Diagnostic Trouble Codes (DTCs)."[31] |

---

[27] User Manual at 29 ("Auto Reset is a bi-directional communication procedure directed by the service tool.")

[28] User Manual at 20 ("the scanner establishes communication with the vehicle").

[29] Foxwell storefront, *supra* n. 2 ("5 in 1 Diagnostic Scanner")(The Device "[p]rovides more than just OBDII diagnosis, functioning as an ABS/SRS scanner, transmission scanner, and check engine code reader. As an OBD2 scanner, it helps you check your car's readiness for the annual test through the I/M readiness menu. Additional features include a live data stream, built-in DTC library, data playback, and printing capabilities, all of which are significant advantages.)

[30] This is an international standard for Diagnostic communication over Controller Area Network (DoCAN).

[31] User Manual at 16

| | |
|---|---|
| to the detection data into detection data; | |
| **wherein the receiving standard transmission data corresponding to the detection data of the automobile network comprises:** | |
| synchronously receiving the standard transmission data corresponding to the detection data of the automobile network. | The standard transmission data must be sent to the automobile network.[32] The Device connects to the automobile network[33] through an OBD-II 16-pin diagnostic connector.[34] *See* image of port below. An OBM-II 16-pin diagnostic connector[35] can connect through at least ISO 14230[36] and ISO 15765[37] .<br><br><br>38<br><br>The Device "starts to detect the communication protocol automatically."[39] A vehicle's electronic network leverages a CAN bus.[40] The transmission is synchronous. The Device also provides "'live' data readings from a variety of control systems."[41] Synchronous transmission is typically used for transmission of live data. |

---

[32] User Manual at 20 ("After a system is selected and the scanner establishes communication with the vehicle, the Function Menu displays.")

[33] User Manual at 8 ("With the tool properly connected to the vehicle's data link connector (DLC) . . .")

[34] User Manual at 32. ("OBDII/EOBD menu lets you access all OBD service modes.")

[35] This is standardized. *See, e.g.*, https://blog.semtech.com/obd-ii-systems-protocols-part-one ("OBD-II Systems & Protocols"), retrieved May 12, 2025.

[36] User Manual at 32. (offering certain services according to the "ISO 9141-2, ISO 14230-4, and SAE J1850 standards")

[37] This is an international standard for Diagnostic communication over Controller Area Network (DoCAN).

[38] Foxwell storefront, *supra* n. 2.

[39] User Manual at 32.

[40] This is well-established. See, e.g., CAN bus, Wikipedia.org, https://en.wikipedia.org/wiki/CAN_bus, retrieved June 27, 2025.

[41] User Manual at 8.



The VCI module replies 07E86104XXX to the device module

The device module sends the 07E0302801 command to the VCI module

The VCI module sends 07E87028XXXX to the device module

| Elements of Claim 11 | Foxwell NT604 Elite Automotive Diagnostic Tool |
|---|---|
| An automobile diagnostic device, comprising | The Foxwell NT604 Elite Automotive Diagnostic Tool[42] (the "Device") is an *automobile diagnostic device*.<br><br><br>43<br><br><br>44 |
| a display screen | The Device includes a *display screen*.[45]<br><br><br>Figure 2-1 Front View<br>46 |
| a first communication unit | The Device communicates with the vehicle. User Manual at 20 ("the scanner establishes communication with the vehicle"). The Device must necessarily have *a first communication unit*, which must be able to both |

---

[42] NT6X4Elite Series User's Manual_English_V1.03 ("User Manual") at 7 ("This series of scanners from Foxwell are innovative diagnostic tools for most vehicles on the road today.")

[43] Foxwell Storefront.  https://www.foxwelldiag.com/products/foxwell-nt604-elite? ("Foxwell NT604 Elite Car Diagnostic Engine Transmission ABS SRS") retrieved June 27, 2025.

[44] *Id.* (Image labeled "Package List" includes a card reader, and a Diagnostic Cable that "provides connection between the scanner and a vehicle" in addition to a case, a user manual, and the Device)

[45] User Manual at 8 ("LCD Display - shows menus, test results and operation tips . . . Display: Backlit, 4.3'' TFT color display").

[46] User Manual at 8 ("Illustrated Device Image")(identifying (2) as "2: LCD Display - shows menus, test results and operation tips.")

| configured to send and receive data | send and receive data (*configured to send and receive data*). User Manual at 29 ("Auto Reset is a bi-directional communication procedure directed by the service tool.") |
|---|---|
| at least one processor | The Device "[p]rovides more than just OBDII diagnosis, functioning as an ABS/SRS scanner, transmission scanner, and check engine code reader. As an OBD2 scanner, it helps you check your car's readiness for the annual test through the I/M readiness menu. Additional features include a live data stream, built-in DTC library, data playback, and printing capabilities, all of which are significant advantages."[47] The Device must necessarily include a processor.[48]   |
| a memory communicatively connected to the at least one processor, wherein | The Device includes memory – at least a memory card (*a memory communicatively connected to the at least one processor*).[49] The memory and processors are necessarily communicatively coupled.[50] |

---

[47] Foxwell storefront, *supra* n. 2 ("5 in 1 Diagnostic Scanner").
[48] Demystifying PC Technology: RAM vs. Processor, RAM vs. Processor—Which Is More Important to Your Business?, retrieved May 29, 2025.
[49] User Manual at 24 ("To record data to **memory of the scanner**, use the function key SAVE, and press Stop Saving to stop recording at any time.")(emphasis added).
[50] Demystifying PC Technology: RAM vs. Processor, *supra* n. 6

| | |
|---|---|
| the memory stores an instruction that may be executed by the at least one processor, and when executed by the at least one processor, the instruction causes the at least one processor to | The memory necessarily stores an instruction that may be executed by the at least one processor and cause the processor to cause an action.[51] |
| read an operation performed by a user on an interface, and | The Device includes buttons that are used to input data.[52]  [53]  Figure 2-1 Front View [54] |

---

[51] Demystifying PC Technology: RAM vs. Processor, *supra* n. 6

[52] User Manual at 8.

[53] Foxwell storefront, *supra* n. 2 (Image labeled "Featured buttons")

[54] *See* User Manual at 8; *supra* n. 5. The User Manual further identifies in the Illustrated Device Image, above, several input keys:

"3 Function Keys / Shortcut keys - three keys that correspond with "buttons" on some screens for executing special commands or provide quick access to most frequently used applications or functions. 4 Direction Keys - select an option or scroll through a screen of data or text. 5 OK Key - executes a selected option and generally goes to the next screen. BACK Key - exits a screen and generally returns to previous screen. 7 HELP Key – displays helpful information."

| | |
|---|---|
| | [55]<br><br>The Device accepts an operation performed by the user through at least a push of a button on the Device. |
| converting the operation into a corresponding diagnostic instruction; | The Device "connect[s] to the vehicle's data link connector (DLC) [and] read[s] diagnostic trouble codes." and view "live" data readings from a variety of control systems."[56]<br><br>Thus, the Device must necessarily convert the user's input (*the operation*) into a diagnostic instruction.[57] |
| convert the diagnostic instruction into standard transmission data corresponding to the diagnostic instruction; and | The diagnostic instruction must necessarily be converted to standard transmission data to communicate with the automobile. |
| synchronously send the standard transmission data corresponding to the diagnostic instruction. | The standard transmission data must be sent to the automobile network.[58] The Device connects to the automobile network[59] through an OBD-II 16-pin diagnostic connector.[60] *See* image of port below. An |

---

[55] Foxwell storefront, *supra* n. 2.
[56] User Manual at 8.
[57] User Manual at 32 (explaining that the scanner can, *inter alia*, "request current powertrain diagnostic data," "request powertrain freeze frame data," "request emission-related diagnostic trouble codes, "clear/reset emission-related diagnostic information," "request oxygen sensor monitoring test results" and "request control of on-board system, test or component.")
[58] User Manual at 20 ("After a system is selected and **the scanner establishes communication with the vehicle**, the Function Menu displays.")
[59] User Manual at 8 ("With the tool properly connected to the vehicle's data link connector (DLC) . . .")
[60] User Manual at 32. ("OBDII/EOBD menu lets you access all OBD service modes.")

OBM-II 16-pin diagnostic connector[61] can connect through at least ISO 14230[62] and **ISO 15765[63]** .



[64]

The Device "starts to detect the communication protocol automatically."[65] A vehicle's electronic network leverages a CAN bus.[66] The transmission is synchronous. The Device also provides "'live' data readings from a variety of control systems."[67] Synchronous transmission is typically used for transmission of live data.

**Count I - Infringement of the '451 Patent**

22.    Plaintiffs incorporate by reference the allegations in Paragraph 1 to 21 as if fully set forth herein.

23.    On information and belief, Foxwell and Foxwell USA have directly infringed, and continue to directly infringe, at least claim 11 of the '451 Patent by making, using, offering to sell, selling, and/or importing into the United States the NT 604 Elite automotive diagnostic device and related components.

24.    On information and belief, Foxwell and Foxwell USA also indirectly infringe at least claims 1 and 5 of the '451 Patent by inducing others to use the NT 604 Elite automotive diagnostic

---

[61] This is standardized. *See, e.g.*, https://blog.semtech.com/obd-ii-systems-protocols-part-one ("OBD-II Systems & Protocols"), retrieved May 12, 2025.
[62] User Manual at 32. (offering certain services according to the "ISO 9141-2, ISO 14230-4, and SAE J1850 standards")
[63] This is an international standard for Diagnostic communication over Controller Area Network (DoCAN).
[64] Foxwell storefront, *supra* n. 2.
[65] User Manual at 32.
[66] This is well-established. See, e.g., CAN bus, Wikipedia.org, https://en.wikipedia.org/wiki/CAN_bus, retrieved June 27, 2025.
[67] User Manual at 8.

device in an infringing manner, including through instructions, marketing materials, and technical support provided to customers and end users.

25.    On information and belief, Foxwell and Foxwell USA had actual knowledge of the '451 Patent and of its infringement, or were willfully blind to such infringement.  Foxwell and Foxwell USA are sophisticated competitors in the automotive diagnostics industry and had knowledge of Autel Technology's Asserted Patent and technology prior to or during the launch of the NT604 Elite automotive diagnostic device.  Their continued promotion and sale of the NT 604 Elite automotive diagnostic device despite this knowledge constitutes willful infringement, entitling Plaintiffs to enhanced damages under 35 U.S.C. § 284.

26.    As a result of Foxwell's and Foxwell USA's infringing conduct, Plaintiffs have suffered and continue to suffer irreparable harm and damages in an amount to be determined at trial, but not less than a reasonable royalty. Plaintiffs are also entitled to injunctive relief to prevent further acts of infringement, as well as enhanced damages under 35 U.S.C. § 284 for willful infringement, and attorneys' fees and costs pursuant to 35 U.S.C. § 285 due to the exceptional nature of this case.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in its favor and against Defendants, and grant the following relief:

27.    A judgment that Defendants have directly and/or indirectly infringed one or more claims of the '451 Patent;

28.    A preliminary and permanent injunction, pursuant to 35 U.S.C. § 283, against Defendants prohibiting Defendants from any further direct or indirect infringement of the '451

Patent through making, using, offering to sell, selling, or importing of the NT 604 Elite automotive diagnostic device and any other product or system found to infringe;

29.    An award of damages adequate to compensate Plaintiffs for Defendants' infringement of the '451 Patent, in an amount to be determined at trial, but in no event less than a reasonable royalty;

30.    A finding that Defendants' infringement has been willful and an award of enhanced damages pursuant to 35 U.S.C. § 284;

31.    A finding that this case is exceptional and an award of Plaintiffs' attorneys' fees and costs pursuant to 35 U.S.C. § 285;

32.    An award of pre-judgment and post-judgment interest and costs of suit; and

33.    For any further relief that this Court deems equitable and just.

## <u>JURY DEMAND</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a jury trial on all issues so triable.

Dated: July 11, 2025                               Respectfully submitted by,

/s/ Alessandra Glorioso
Alessandra Glorioso, Bar No. 5757
glorioso.alessandra@dorsey.com

DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171

Hui Shen, Bar No. 1723282
*(To be admitted PHV)*
shen.hui@dorsey.com

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington, D.C. 20005

Telephone: (202) 442-3000

RJ Zayed, Bar No. 0309849
(*To be admitted PHV*)
zayed.rj@dorsey.com
Sarani Rangarajan Millican, Bar No. 0403682
(*To be admitted PHV*)
millican.sarani@dorsey.com

DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Plaintiff AUTEL INTELLIGENT
TECHNOLOGY CORP., LTD. and AUTEL US
INC.