**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Autel Intelligent Technology Corp., Ltd. and Autel US Inc. ,<br><br>      Plaintiff,<br><br>      -against-<br><br>Shenzhen Foxwell Technology Co., Ltd and Foxwell Technology Inc.,<br><br>      Defendant. | Civil Action No. CaseNumber<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel certifies that as of this date, Plaintiff Autel Intelligent Technology Corp., Ltd. ("Autel Technology")  has no parent corporation, and no publicly held company owns 10% or more of its stock other than its wholly owned subsidiary Autel USA Inc. no persons, associations of persons, firms, partnerships, and corporations have a pecuniary interest in the outcome of the case.

Dated: July 11, 2025           Respectfully submitted by,

                                                      /s/ Alessandra Glorioso
                                                    Alessandra Glorioso, Bar No. 5757
                                                    glorioso.alessandra@dorsey.com

                                                    DORSEY & WHITNEY LLP
                                                    300 Delaware Avenue, Suite 1010
                                                    Wilmington, DE 19801
                                                    Telephone:  (302) 425-7171
                                                    Facsimile:  (302) 425-7177

                                                    Attorneys for Plaintiff Autel Intelligent
                                                    Technology Corp., Ltd. and Autel US Inc.